UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 17-CV-8503-PSG (GJS)<br>17-CV-8545-PSG (GJS)<br>18-CV-0263-PSG (GJS) | Date | March 28, 2018 |
|---|---|---|---|
| Title | Alejandro Flores, et al v. Raiser, LLC et al<br>Benjamin Heller, et al v. Raiser, LLC et al<br>Jaideep Chadha et al v. Uber Technologies, Inc., et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Cheryl Wynn | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings (In Chambers):** The Court STAYS the Proceedings

The above three actions concern the Uber data breach of 2016. On March 9, 2018, this Court ordered the parties to show cause ("OSC") why the three Uber data breach cases should not be consolidated. *See* Dkt. # 54. The parties responded on March 23. *See* Dkts. # 35, 57, 29, 30, 55. After the Court issued its OSC, the Judicial Panel on Multidistrict Litigation ("JPML") set a hearing regarding these and other related cases pending across the nation. *See* JPML Dkt. # 30, *In re: Uber Techs., Inc., Data Sec. Breach Litig.*, MDL No. 2826. That hearing is set for March 29, 2018.

The Court accordingly **STAYS** these actions pending the resolution of the JPML proceedings. All hearings in these cases are **VACATED**.

**IT IS SO ORDERED**.