| | |
|---|---|
| 1 | E. Desmond Hogan |
| | Allison M. Ryan |
| 2 | **HOGAN LOVELLS US LLP** |
| | 555 Thirteenth Street, NW |
| 3 | Washington, D.C. 20004 |
| | Tel: (202) 637-5600 |
| 4 | Fax: (202) 637-5910 |
| | desmond.hogan@hoganlovells.com |
| 5 | allison.holt-ryan@hoganlovells.com |
| 6 | Vassi Iliadis (SBN 296382) |
| | **HOGAN LOVELLS US LLP** |
| 7 | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 8 | Telephone: (310) 785-4600 |
| | Facsimile: (310) 785-4601 |
| 9 | vassi.iliadis@hoganlovells.com |
| 10 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ALEJANDRO FLORES; ROBERT COMPERINI; ALAN SALAZAR; ANDREW LOZEAU; BRIDGET SAIDI; NICOLE STOKES; ELAINA MOHEAD; MATTHEW SCOTT; MARCUS BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> RASIER, LLC, a Limited Liability Company; RASIER-CA, LLC, a Limited Liability Company; UBER TECHNOLOGIES, INC., a corporation; DOES 1 through 15, inclusive, <br><br> Defendants. | Case No. 2:17-cv-08503-PSG-GJS <br><br> The Honorable Philip S. Gutierrez <br><br> **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants Uber Technologies, Inc., Raiser, LLC, and Rasier-CA, LLC (collectively, "Defendants") jointly stipulate and request that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice. Each party shall bear his, her, or its own fees and costs.

Counsel for Defendants has reviewed this Joint Stipulation to Dismiss and concurs in its filing.

Respectfully submitted,

Dated:  November 1, 2022    By: */s/ Thiago Coehlo*

Babak Bobby Saadian
Colin Matthew Jones
Thiago Coelho
**Wilshire Law Firm**
3055 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
bobby@wilshirelawfirm.com
colin@wilshirelawfirm.com
thiago@wilshirelawfirm.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated:  November 1, 2022 | By: */s/ Vassi Iliadis*<br><br>E. Desmond Hogan<br>Allison M. Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Tel:  (202) 637-5600<br>Fax:  (202) 637-5910<br>desmond.hogan@hoganlovells.com<br>allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis (SBN 296382)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4600<br>Fax: (310) 785-4601<br>vassi.iliadis@hoganlovells.com<br><br>*Attorneys for Defendants* |