

LINK 87

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ALEJANDRO FLORES; ROBERT COMPERINI; ALAN SALAZAR; ANDREW LOZEAU; BRIDGET SAIDI; NICOLE STOKES; ELAINA MOHEAD; MATTHEW SCOTT; MARCUS BROWN, <br><br>Plaintiffs, <br><br>v. <br><br>RASIER, LLC, a Limited Liability Company; RASIER-CA, LLC, a Limited Liability Company; UBER TECHNOLOGIES, INC., a corporation; DOES 1 through 15, inclusive, <br><br>Defendants. | Case No. 2:17-cv-08503-PSG-GJS <br><br>The Honorable Philip S. Gutierrez <br><br>**[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint stipulation of Plaintiffs
2  and Defendants, and for good cause appearing:
3  **IT IS HEREBY ORDERED** that the Parties' joint stipulation and request that
4  this Court dismiss the entire case, including all claims and causes of action, with
5  prejudice is **GRANTED**. The Clerk of the Court is directed to dismiss this matter with
6  prejudice.
7  **IT IS FURTHER ORDERED THAT** each party shall bear his, her, or its own
8  fees and costs.
9  **IT IS SO ORDERED**.

DATED: 11/02/22

_____
UNITED STATES DISTRICT COURT JUDGE
HON. PHILIP S. GUTIERREZ